**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michele Bovasso | Social Security number or ITIN   xxx–xx–8607 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–11685–SLM | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michele Bovasso
aka Michele Christina Bovasso

11/5/18

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                   United States Bankruptcy Court
                                        District of New Jersey

In re:                                                                              Case No. 14-11685-SLM
Michele Bovasso                                                                     Chapter 13
          Debtor                           CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Nov 05, 2018
                               Form ID: 3180W               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db             +Michele Bovasso,    205 Balmiere Road,    Cranford, NJ 07016-1804
cr             +Green Tree Servicing LLC,    Robertson, Anschutz, & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514501813      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
514501814      +Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
514532185      +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
514501829      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
514554187      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514523838      +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 00:15:09     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 00:15:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514830314       EDI: BL-BECKET.COM Nov 06 2018 04:48:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514501815      +EDI: CHASE.COM Nov 06 2018 04:48:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
514533263      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
514532184      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
514501816       EDI: CHASE.COM Nov 06 2018 04:48:00      Disney Visa,   P.O. Box 15153,
                 Wilmington, DE 19886-5158
514501817      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Dsnb Bloomingdales,   Macy’s Bankruptcy Dept.,
                 Po Box 8053,   Mason, OH 45040-8053
514501818      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Dsnb Bloomingdales,   P.O. Box 183083,
                 Columbus, OH 43218-3083
514501819      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514703425       E-mail/Text: bankruptcy.bnc@ditech.com Nov 06 2018 00:14:40      Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
514501820      +EDI: RMSC.COM Nov 06 2018 04:48:00      Gecrb/l & T,   Po Box 965015,   Orlando, FL 32896-5015
514501821      +EDI: RMSC.COM Nov 06 2018 04:48:00      Gecrb/lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
514501822      +EDI: RMSC.COM Nov 06 2018 04:48:00      Gecrb/tydc,   Po Box 965005,   Orlando, FL 32896-5005
514501823      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 06 2018 00:14:40      Green Tree Servicing L,
                 Po Box 6172,   Rapid City, SD 57709-6172
514501824      +EDI: CBSKOHLS.COM Nov 06 2018 04:48:00      Kohls,   P.O. Box 2983,   Milwaukee, WI 53201-2983
514501825      +EDI: CBSKOHLS.COM Nov 06 2018 04:48:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514501826       EDI: RMSC.COM Nov 06 2018 04:48:00      Lord & Taylor,   P.O. Box 960035,
                 Orlando, FL 32896-0035
514501827      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Macy’s American Express,   P.O. Box 183084,
                 Columbus, OH 43218-3084
514501828      +EDI: TSYS2.COM Nov 06 2018 04:48:00      Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
514799067       EDI: PRA.COM Nov 06 2018 04:48:00     Portfolio Recovery Associates, LLC,
                 c/o Toys "R" Us Credit Card,    POB 41067,   Norfolk VA 23541
514678276       EDI: Q3G.COM Nov 06 2018 04:49:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
514580763       EDI: Q3G.COM Nov 06 2018 04:49:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
514501830      +EDI: WTRRNBANK.COM Nov 06 2018 04:48:00      Target Card Services,   P.O. Box 660170,
                 Dallas, TX 75266-0170
514501831      +EDI: WTRRNBANK.COM Nov 06 2018 04:48:00      Target Nb,   Po Box 673,
                 Minneapolis, MN 55440-0673
514501832      +EDI: WTRRNBANK.COM Nov 06 2018 04:48:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
514501833      +EDI: RMSC.COM Nov 06 2018 04:48:00      Toys R Us,   P.O. Box 530939,   Atlanta, GA 30353-0939
514501834      +EDI: USAA.COM Nov 06 2018 04:48:00      USAA Credit Card,   10750 McDermott Fwy.,
                 San Antonio, TX 78288-1600
514501835       EDI: USAA.COM Nov 06 2018 04:48:00      Usaa Savings Bank,   Po Box 47504,
                 San Antonio, TX 78265
514501836      +EDI: WFNNB.COM Nov 06 2018 04:48:00      Victoria’s Secret,   Attention: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
514501837      +EDI: WFNNB.COM Nov 06 2018 04:48:00      Victoria’s Secret,   Comenity Bank,   P.O. Box 659450,
                 San Antonio, TX 78265-9450
                                                                                               TOTAL: 31

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 05, 2018
                              Form ID: 3180W           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Mark   Goldman     on behalf of Debtor Michele   Bovasso yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Miriam   Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           rsolarz@kmllawgroup.com
                                                                                             TOTAL: 5
```